UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILLIAM CUNNINGHAM, et al.,

      Plaintiffs,                                               Case No. 21-cv-10781
                                                                          Hon. Matthew F. Leitman

v.

FORD MOTOR COMPANY,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Stipulation of Dismissal Without Prejudice (ECF #68) filed by the parties, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  December 7, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 7, 2023, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126